# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DSHAUN JONES,<br><br>               Petitioner,<br><br>    v.<br><br>LELAND McEWEN, Warden,<br><br>               Respondent. | **Case No. CV 12-04283-VBF (JEM)**<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   June 20, 2014

                                                 VALERIE BAKER FAIRBANK
                                  SENIOR UNITED STATES DISTRICT JUDGE